# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AZER SCIENTIFIC INCORPORATED, Plaintiff, | : : : |
| v. | : Civil No. 5:21-cv-02972-JMG |
| QUIDEL CORPORATION, Defendant. | : : : : |

## ORDER

**AND NOW**, this 15th day of December, 2021, after careful consideration of Defendant's Motion to Transfer Venue and to Dismiss (ECF No. 12) and Plaintiff's response thereto (ECF No. 13), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion (ECF No. 12) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's *quantum meruit* claim (Count IV) is **DISMISSED.**

2. The remainder of the Motion (ECF No. 12) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge