IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZER SCIENTIFIC INCORPORATED, Plaintiff, | : : : | |
| v. | : : | Civil No. 5:21-cv-02972-JMG |
| QUIDEL CORPORATION, Defendant. | : : | |

**ORDER**

**AND NOW**, this 18th day of January, 2023, upon consideration of Defendant Quidel's Motion for Reconsideration and, in the alternative, Motion for Certification of an Interlocutory Appeal and Stay of Action (ECF No. 90), Plaintiff Azer's Response in Opposition of Defendant's Motion for Reconsideration (ECF No. 92), any replies and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration, and in the alternative, Motion for Certification of an Interlocutory Appeal and Stay of Action (ECF No. 90) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge