IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZER SCIENTIFIC INCORPORATED,<br>　　　　　　　Plaintiff, | : <br> : <br> : | |
| v. | : | Civil No. 5:21-cv-02972-JMG |
| | : | |
| QUIDEL CORPORATION,<br>　　　　　　　Defendant. | : <br> : | |

## ORDER

**AND NOW**, this 27th day of January, 2023, after consideration of Plaintiff Azer's Motion in Limine for a Ruling the U.C.C. Applies to the Parties' Contract (ECF No. 76), Defendant Quidel's Response in Opposition of Plaintiff's Motion in Limine (ECF No. 86), any replies and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** Plaintiff's Motion in Limine for a Ruling the U.C.C. Applies to the Parties' Contract (ECF No. 76) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge