**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| AZER SCIENTIFIC INCORPORATED, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-02972-JMG |
| | : | |
| QUIDEL CORPORATION, | : | |
| Defendant. | : | |

_____

## CIVIL JUDGMENT

**AND NOW**, this 13th day of February, 2023, in accordance with the unanimous verdict of a civil jury, **IT IS HEREBY ORDERED** that Judgment is entered in favor of <u>AZER SCIENTIFIC INCORPORATED, PLAINTIFF</u>.

BY THE COURT:

ATTEST:

_/s/ Christine C. Stein_____
Christine C. Stein, Deputy Clerk for
Judge John M. Gallagher

Civ 1 (4/21)