# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZER SCIENTIFIC INCORPORATED, Plaintiff, | : : : | |
| v. | : : | Civil No. 5:21-cv-02972-JMG |
| QUIDEL CORPORATION, Defendant. | : : : | |

## ORDER

**AND NOW**, this 5th day of December 2023, upon consideration of Defendant's Motion for New Trial Under Rule 59 (ECF No. 148) and Plaintiff's Response in Opposition (ECF No. 151) **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 148) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge