**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| AZER SCIENTIFIC INCORPORATED<br><br>    Plaintiff,<br><br>v.<br><br>QUIDEL CORPORATION<br><br>    Defendant. | CIVIL ACTION NO. 5:21-cv-02972 |

**<u>NOTICE OF APPEAL</u>**

Defendant Quidel Corporation hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment entered on February 13, 2023 (ECF 134) (including all interlocutory orders merged with the judgment), the order denying Defendant's renewed motion for judgment as a matter of law under Rule 50 entered on December 8, 2023 (ECF 163), and the orders denying Defendant's motion for new trial and to alter the judgment under Rule 59 entered on December 5, 2023 (ECF 156, 159).

Dated:  January 2, 2023

Respectfully submitted,

*/s/  John L. Schweder, II*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
John L. Schweder, II (PA Bar ID 208595)
Michael S. Hino (PA Bar ID 62406)
Mia Marko (PA Bar ID 321078)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
(215) 981-4000
John.Schweder@troutman.com
Michael.Hino@troutman.com
Mia.Marko@troutman.com

*Attorneys for Defendant
Quidel Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2024, a true and accurate copy of the foregoing *Notice of Appeal*

was served on all counsel of record electronically via the Court's Electronic Case Filing system.

<u>/s/ John L. Schweder, II</u>
John L. Schweder, II (PA Bar ID 208595)
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
(215) 981-4000
John.Schweder@troutman.com

166674193v1